# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Yvonne Bullock Lee<br>   Hampton Edward Lee<br>       Debtors | Chapter 13 |
| Quicken Loans Inc.<br>    v.<br>Yvonne Bullock Lee<br>Hampton Edward Lee<br>   and<br>Frederick L. Reigle Esq.<br>     Trustee | NO. 15-17381 SR |

## ORDER

AND NOW, this        day of              , 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on    it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code),. 11 U.S.C. Section 362, is modified to allow Quicken Loans Inc. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6040 North 19th Street Philadelphia, PA 19141.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

United States Bankruptcy Judge.
**STEPHEN RASLAVICH**

cc: See attached service list

**Dated: June 16, 2017**

Yvonne Bullock Lee
6040 North 19th Steet
Philadelphia, PA 19141
Hampton Edward Lee
6040 North 19th Steet
Philadelphia, PA 19141

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Christopher G. Bokas ESQUIRE
20 West 3rd Street
Media, PA 19063

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532