UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                            :

HAMPTON EDWARD LEE
YVONNE BULLOCK LEE
                                                      : Bankruptcy No. 15-17381SR

        Debtor(s)                         : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Dated: August 30, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CHRISTOPHER BOKAS ESQ
20 WEST THIRD STREET
MEDIA PA 19063-

HAMPTON EDWARD LEE
YVONNE BULLOCK LEE
6040 NORTH 19TH STREET
PHILADELPHIA,PA.19141-1316