United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-17381-sr
Hampton Edward Lee                                                    Chapter 13
Yvonne Bullock Lee
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi                 Page 1 of 2             Date Rcvd: Aug 31, 2017
                               Form ID: pdf900             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db/jdb         Hampton Edward Lee,    Yvonne Bullock Lee,    6040 North 19th Street,
                 Philadelphia, PA 19141-1316
13615566       Ashley Stewart,    P.O. Box 659705,    San Antonio, TX 78265-9705
13615567      +Capital One Bank USA, NA,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13615570      +Comenity Capital Bank/Overstock.com,    P.O. Box 182120,    Columbus, OH 43218-2120
13615571      +Commenity Bank/ASHSTWRT,    P.O. Box 182789,    Columbus, OH 43218-2789
13615572      +Commenity Bank/BrylaneHome,    P.O. Box 182789,    Columbus, OH 43218-2789
13615573      +Commenity Capital/HSN,    P.O. Box 182120,    Columbus, OH 43218-2120
13615581       LabCorp,   P.O. Box 2240,    Burlington, NC 27216-2240
13615583      +PayPal Credit,    P.O. Box 5138,    Timonium, MD 21094-5138
13615582      +PayPal Credit,    P.O. Box 5136,    Timonium, MD 21094-5136
13615584      +Philadelphia Co Dom. Rel.,    34 South 11th Street,    Philadelphia, PA 19107-4912
13615585      +Police and Fire FCU,    901 Arch Street,    Philadelphia, PA 19107-2495
13615586       Quest Diagnostics,    P.O. Box 740775,    Cincinnati, OH 45274-0775
13615588      +Safe Security,    2440 Camino Ramon, No. 200,    San Ramon, CA 94583-4326
13615592       Temple University Hospital,    Broad and Ontario Streets,    Philadelphia, PA 19140
13615593       Temple University Physicians,    P.O. Box 827783,    Philadelphia, PA 19182-7783

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:13:56     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 02:13:06
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2017 02:13:49      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 02:09:21     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13662019       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 01 2017 02:17:24
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
13615568       E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:13:56     City of Philadelphia,
                 Department of Revenue,    P.O. Box 1630,    Philadelphia, PA 19105-1630
13707256      +E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:13:56
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,     BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13669046      +E-mail/Text: bncmail@w-legal.com Sep 01 2017 02:13:36     COMENITY CAPITAL BANK,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13615569       E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 01 2017 02:14:18      Comcast,
                 P.O. Box 3006,   Southeastern, PA 19398-3006
13615574      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 01 2017 02:09:06      Credit One Bank,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
13615575       E-mail/Text: mrdiscen@discover.com Sep 01 2017 02:12:47     Discover Financial Services,
                 P.O. Box 15316,    Wilmington, DE 19850
13618872       E-mail/Text: mrdiscen@discover.com Sep 01 2017 02:12:47     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
13615576       E-mail/Text: iaceves@foundationfinance.com Sep 01 2017 02:14:28      Foundation Finance Company,
                 P.O. Box 437,   Schofield, WI 54476
13708003      +E-mail/Text: bncmail@w-legal.com Sep 01 2017 02:13:36     Foundation Finance Company,
                 C/O Weinstein & Riley, P.S.,    2001 Western Ave., Suite #400,    Seattle, WA 98121-3132
13615577       E-mail/Text: cio.bncmail@irs.gov Sep 01 2017 02:12:52     Internal Revenue Service,
                 P.O. Box 804527,    Cincinnati, OH 45280-4527
13615580      +E-mail/Text: ebnsterling@weltman.com Sep 01 2017 02:12:57     Kay Jewelers,    375 Ghent Road,
                 Fairlawn, OH 44333-4600
13659653       E-mail/Text: bnc-quantum@quantum3group.com Sep 01 2017 02:12:59
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13659652       E-mail/Text: bnc-quantum@quantum3group.com Sep 01 2017 02:13:00
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
13615587      +E-mail/Text: bankruptcyteam@quickenloans.com Sep 01 2017 02:13:46      Quicken Loans,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
13615589      +E-mail/Text: bankruptcy@sw-credit.com Sep 01 2017 02:13:30     Southwest Credit Systems,
                 4120 International Parkway, No. 1100,    Carrollton, TX 75007-1958
13650009      +E-mail/Text: ecf@buckleyking.com Sep 01 2017 02:12:47     Sterling Jewelers, Inc. dba Kay Jewelers,    c/o Buckley King LPA,
                 600 Superior Avenue East, Suite 1400,    Cleveland, Ohio 44114-2693
13615590      +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 02:09:21     Syncb/Amazon,    P.O. Box 985015,
                 Orlando, FL 32806-0001
13615696       E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 02:09:13     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605

```
District/off: 0313-2          User: Randi                 Page 2 of 2                   Date Rcvd: Aug 31, 2017
                              Form ID: pdf900             Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13615591        +E-mail/PDF: gecsedi@recoverycorp.com Sep 01 2017 02:09:05      Synchrony Bank/Walmart,
                 P.O. Box 965024,   Orlando, FL 32896-5024
13615594        +E-mail/Text: bnc-bluestem@quantum3group.com Sep 01 2017 02:14:21      WebBank/Fingerhut,
                 6250 Ridgewood Road,   St. Cloud, MN 56303-0820
13615595         E-mail/Text: bankruptcydept@wyn.com Sep 01 2017 02:13:50      Wyndham Vacation Resorts, Inc.,
                 P.O. Box 98940,   Las Vegas, NV 89193-8940
13651561        +E-mail/Text: bankruptcydept@wyn.com Sep 01 2017 02:13:50      Wyndham Vacation Resorts, Inc.,
                 P.O. Box 97474,   Las Vegas, NV 89195-0001
                                                                                              TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ++FOUNDATION FINANCE COMPANY,   7802 MEADOW ROCK DRIVE,   WESTON WI 54476-5262
                 (address filed with court: Foundation Finance Company,    PO Box 437,   Schofield, WI   54476)
13615578*       ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court: Internal Revenue Service,    PO Box 24015,   Fresno, CA 93779-4015)
13627918*       +Quicken Loans Inc.,   635 Woodward Avenue,   Detroit, MI 48226-3408
13615579        ##Interstate Credit and Collections,   P.O. Box 731,   Plymouth Meeting, PA 19462-0731
                                                                                     TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2017 at the address(es) listed below:
```
              ANNE M. AARONSON    on behalf of Creditor    POLICE AND FIRE FEDERAL CREDIT UNION
               aaaronson@dilworthlaw.com,
               mdolan@dilworthlaw.com;cchapman-tomlin@dilworthlaw.com;mferrier@dilworthlaw.com
              CHRISTOPHER  BOKAS    on behalf of Joint Debtor Yvonne Bullock Lee ChristopherBokas@gmail.com,
               paralegaledp@yahoo.com
              CHRISTOPHER  BOKAS    on behalf of Debtor Hampton Edward Lee ChristopherBokas@gmail.com,
               paralegaledp@yahoo.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor    Quicken Loans Inc. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Foundation Finance Company ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 11
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

HAMPTON EDWARD LEE
YVONNE BULLOCK LEE

                                                                    : Bankruptcy No. 15-17381SR
              Debtor(s)                        : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.


**Dated: August 30, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CHRISTOPHER BOKAS ESQ
20 WEST THIRD STREET
MEDIA PA 19063-

HAMPTON EDWARD LEE
YVONNE BULLOCK LEE
6040 NORTH 19TH STREET
PHILADELPHIA,PA.19141-1316