UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: HAMPTON EDWARD LEE § Case No. P:15-bk-17381
YVONNE BULLOCK LEE §
§
Debtor(s) §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

FREDERICK L REIGLE, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 10/13/2015.

2) The plan was confirmed on 11/16/2016.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on 04/19/2016, 08/15/2017.

5) The case was dismissed on 08/30/2017.

6) Number of months from filing or conversion to last payment: 19.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $18,569.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 16,294.10 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 16,294.10 |

| Expenses of Administration: | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 1,483.37 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,483.37 |
| Attorney fees paid and disclosed by debtor(s): | $ 0.00 | |

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DISCOVER BANK | Uns | 1,239.00 | 1,365.43 | 1,365.43 | 0.00 | 0.00 |
| DISCOVER BANK | Uns | 1,440.00 | 1,625.15 | 1,625.15 | 0.00 | 0.00 |
| QUICKEN LOANS INC | Sec | 77,740.15 | 78,604.11 | 5,907.02 | 0.00 | 0.00 |
| STERLING JEWELERS INC DBA KAY | Sec | 1,035.00 | 1,149.19 | 0.00 | 0.00 | 0.00 |
| POLICE & FIRE FCU | Sec | 17,185.00 | 14,951.41 | 0.00 | 0.00 | 0.00 |
| POLICE & FIRE FCU | Uns | 1,310.00 | 1,406.91 | 1,406.91 | 0.00 | 0.00 |
| POLICE & FIRE FCU | Uns | 1,847.00 | 1,960.63 | 1,960.63 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 1,002.00 | 2,250.97 | 2,250.97 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 293.00 | 648.47 | 648.47 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 602.00 | 937.38 | 937.38 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC as agent for | Uns | 914.00 | 1,439.36 | 1,439.36 | 0.00 | 0.00 |
| ASHLEY FUNDING SVCS LLC | Uns | 440.00 | 94.56 | 94.56 | 0.00 | 0.00 |
| COMENITY CAPITAL BANK/PAYPAL | Uns | 5,656.00 | 5,929.35 | 5,929.35 | 0.00 | 0.00 |
| COMENITY CAPITAL BANK/PAYPAL | Uns | 550.00 | 614.00 | 614.00 | 0.00 | 0.00 |
| FOUNDATION FINANCE COMPANY | Sec | 17,430.00 | 18,224.55 | 1,200.00 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Sec | 0.00 | 197.43 | 197.43 | 0.00 | 0.00 |
| CHRISTOPHER BOKAS, ESQ. | Lgl | 2,500.00 | NA | NA | 0.00 | 0.00 |
| QUICKEN LOANS | Sec | 6,762.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ASHLEY STEWART | Uns | 945.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA, NA | Uns | 308.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 715.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 464.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 711.00 | NA | NA | 0.00 | 0.00 |
| INTERSTATE CREDIT & | Uns | 200.00 | NA | NA | 0.00 | 0.00 |
| PHILADELPHIA CO DOM REL | Uns | 182.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Uns | 670.00 | NA | NA | 0.00 | 0.00 |
| SAFE SECURITY | Uns | 546.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS | Uns | 712.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/AMAZON | Uns | 690.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK/WALMART | Uns | 231.00 | NA | NA | 0.00 | 0.00 |
| TEMPLE UNIVERSITY HOSPITAL | Uns | 2,000.00 | NA | NA | 0.00 | 0.00 |
| TEMPLE UNIVERSITY PHYSICIANS | Uns | 163.00 | NA | NA | 0.00 | 0.00 |
| WEBBANK/FINGERHUT | Uns | 1,532.00 | NA | NA | 0.00 | 0.00 |
| WYNDHAM VACATION RESORTS | Sec | 48,000.00 | 49,627.73 | 0.00 | 0.00 | 0.00 |
| WYNDHAM VACATION RESORTS | Uns | 0.00 | 630.30 | 630.30 | 0.00 | 0.00 |
| UNITED STATES TREASURY (IRS) | Pri | 38,400.00 | 45,028.79 | 45,028.79 | 12,486.07 | 0.00 |
| UNITED STATES TREASURY (IRS) | Uns | 7,660.00 | 19,199.62 | 19,199.62 | 0.00 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Pri | 4,000.00 | 8,383.54 | 8,383.54 | 2,324.66 | 0.00 |
| CITY OF PHILADELPHIA (LD) | Uns | 0.00 | 479.13 | 479.13 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 5,907.02 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 1,397.43 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 7,304.45 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 53,412.33 | $ 14,810.73 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 53,412.33 | $ 14,810.73 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 38,581.26 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 1,483.37 |
| Disbursements to Creditors | $ 14,810.73 |
| **TOTAL DISBURSEMENTS:** | $ 16,294.10 |

   12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  10/25/2017    By:  /s/ Frederick L. Reigle, Esq.
              STANDING CHAPTER 13 TRUSTEE

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.